# UNITED STATES DISTRICT COURT
for the
District of Maryland

APR 1 5 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 13-0642SAG
)
See Attached list of electronic devices )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____ District of ____Maryland____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

X evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 371, 2314, 1028 and 1028A | Conspiracy; Interstate Transportation of Stolen Property; Identification Document Fraud; Aggravated Identity Theft |

The application is based on these facts:

See Attached Affidavit

   X Continued on the attached sheet.

   ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Alexander Feres, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 29, 2013

*Judge's signature*

City and state: Baltimore, Maryland

Stephanie A. Gallagher, U.S. Magistrate Judge
*Printed name and title*



13-0642SAG

1. BlackBerry Cellular Phone, IMEI 357437047953172
2. BlackBerry Cellular Phone, IMEI 355881040954285
3. BlackBerry Cellular Phone, IMEI 353491049526985
4. BlackBerry Cellular Phone, IMEI 353491046848317
5. Garmin GPS, Serial number 2C2164789
6. BlackBerry Cellular Phone, IMEI 356186045368187
7. BlackBerry Cellular Phone, IMEI 353491040750295
8. Acer Laptop, Serial number LU5620B011910267791601
9. Samsung Laptop, Serial number HY3C91DCB00166N
10. Apple Laptop, Serial number K64LT8B2C7BG